FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             VW         DEPUTY

1 DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)
2 ERICA ALLEN, ESQ. (SBN 234922)(ela@lindelaw.net)
  THE LINDE LAW FIRM
3 9000 Sunset Blvd., Suite 1025
  Los Angeles, California 90069
4 Telephone (310) 203-9333
  Facsimile (310) 203-9233
5
  Attorneys for Plaintiffs
6
7
8
9            UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA- CENTRAL DIVISION
11
12 J.R. by and through her guardian ad )   Case No. EDCV 05-1045 JWJ
   litem, DANYELLE DICKSON; and    )
13 W.R. by and through her guardian ad )   [PROPOSED] JUDGMENT ON JURY
   litem, DANYELLE DICKSON,        )       VERDICT
14                                 )
15          Plaintiff,              )
            v.                      )
16                                 )
17 CITY OF SAN BERNARDINO; SAN )
   BERNARDINO POLICE              )
18 DEPARTMENT; OFFICER DAVID )
19 GREEN, an individual; OFFICER   )
   JIM BLACK an individual; OFFICER )
20 RAYMOND BONSHIRE, an           )
21 individual; OFFICER KRISTOPHER )
   KOHRELL, an individual;         )
22 SERGEANT RAY KING; DOES 1 )
23 through 10 inclusive.            )
                                    )
24          Defendants.              )
25 _____)
26
27
28

1

[PROPOSED] JUDGMENT ON JURY VERDICT

This action came for trial before the Court and a jury, Honorable Jeffrey W. Johnson, United States Magistrate Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict:

A. It is Ordered and Adjudged that Plaintiff JONNESHIA REESE recover:

    1. Of the Defendant JIM BLACK and KRISTOPHER KOHRELL, jointly and severally, compensatory damages in the sum of $2,500, with interest thereon at the rate of 4.93 percent, and her costs in this action, to be determined by the Court,

    2. Of Defendant JIM BLACK, punitive damages in the sum of $5,000, with interest thereon at the rate of 4.93 percent,

    3. Of Defendant KRISTOPHER KOHRELL, punitive damages in the sum of $2,500, with interest thereon at the rate of 4.93 percent.

B. It is Ordered and Adjudged that Plaintiff WHITNEY REESE, by and through her Guardian Ad Litem, DANYELLE DICKSON, recover:

    1. Of Defendants DAVID GREEN and RAYMOND BONSHIRE, jointly and severally, compensatory damages in the sum of $1,000, with interested thereon at the rate of 4.93 percent, and her costs in this action to be determined by the Court,

2. Of Defendant DAVID GREEN, punitive damages in the sum of $3,250, with interest thereon at the rate of 4.93 percent,

3. Of Defendant RAYMOND BONSHIRE, punitive damages in the sum of $1,750, with interest thereon at the rate of 4.93 percent.

C. It is Ordered and Adjudged that Plaintiffs JONNESHIA REESE and WHITNEY REESE, by and through her Guardian Ad Litem, DANYELLE DICKSON, recover from Defendants DAVID GREEN, RAYMOND BONSHIRE, JIM BLACK and KRISTOPHER KOHRELL, jointly and severally:

1. Attorney's fees in the amount of $139,238.50, with interest thereon at the rate of 4.93 percent.
2. Costs of suit in the amount of $6,964.16, with interest thereon at the rate of 4.93 percent.

Dated at Los Angeles, California, this 14th day of January, 2008

Hon. Jeffrey W. Johnson
United States Magistrate Judge